DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS LEE KENDRICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-559

[November 22, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 50-2016-CF008285-AXXX-MB.

Carey Haughwout, Public Defender, and David John McPherrin, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and FORST, JJ., concur.

*     *     *

***Not final until disposition of timely filed motion for rehearing.***